## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JANE MIDDOUR, | § § § | |
| PLAINTIFF, | § § | |
| v. | § § § | CIVIL ACTION NO. 06-44 |
| QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. A/K/A/ QUEST DIAGNOSTICS | § § § § | |
| DEFENDANT, | § § | |

### ORDER GRANTING

### AGREED STIPULATION OF VOLUNTARY DISMISSAL

On this day came on to be heard the Agreed Stipulation of Voluntary Dismissal filed by

Jane Middour and Quest Diagnostics Clinical Laboratories, Inc. A/K/A/ Quest Diagnostics.

After reviwing the evidence and hearing arguments of counsel, the Court is of the opinion that

said Stipulation should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that said Agreed Stipulation of

Voluntary Dismissal is hereby GRANTED.

It is further ORDERED, ADJUDGED and DECREED that the case be dismissed with

prejudiced.

It is further ORDERED, ADJUDGED and DECREED that all costs and attorneys fees

incurred be taxed to the party that incurred them.

SIGNED this __20__ day of __Dec__, 2006.

_Hayden Head_
JUDGE PRESIDING